IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERMAINE MITCHELL, #205893, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:12-cv-249-WHA |
| | ) |
| WILLIAM WYNNE, JR., et al., | )           (WO) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice.  Costs are taxed against the Plaintiff.

DONE this 23rd day of March, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE